1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                 SOUTHERN DISTRICT OF CALIFORNIA

9                (HONORABLE JANIS L. SAMMARTINO)

10   UNITED STATES OF AMERICA,          CASE NO.:  22-cr-0727-JLS

11              Plaintiff,

12         v.                           ORDER GRANTING JOINT MOTION
                                        TO      CONTINUE       MOTION
13                                      HEARING/TRIAL SETTING

14   ANA SILVIA CARPIO,

15              Defendant.

16

17         Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion

18   Hearing/Trial Setting set for April 29, 2022, at 1:30 p.m., be continued to June 10,

19   2022, at 1:30 p.m.  Defendant shall file an acknowledgement of the next hearing

20   date by May 6, 2022.

21         For the reasons set forth in the joint motion, the Court finds that time is

22   excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

23         **IT IS SO ORDERED**.

24   Dated:  April 27, 2022

25                                      Hon. Janis L. Sammartino

26                                      United States District Judge

27

28