UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANA SILVIA CARPIO,<br><br>Defendant. | CASE NO.:  22-cr-0727-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
|---|---|

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for June 10, 2022, at 1:30 p.m., be continued to July 15, 2022, at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by June 17, 2022.

For the reasons set forth in the joint motion, the Court finds that time is excluded in the interests of justice as well as 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.

Dated: June 7, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge