# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ANA SILVIA CARPIO,<br><br>   Defendant. | CASE NO.:  22-cr-0727-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for September 23, at 1:30 p.m., be continued to November 2, 2022, at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date within one week of this order.

For the reasons set forth in the joint motion, the Court finds that time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated:  September 21, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge